DOCKET NOS. 2, 4, 5, 6, and 7 HAVE
BEEN CONSOLIDATED INTO THIS FILE          CHILDRENS' BOOK CASES          MDL-2

CIVIL DOCKET

*Closed*
*6/25/71*

**UNITED STATES DISTRICT COURT**     Jury demand date:

*F. Bernard Decker*

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| Chas. Scribner's Sons, E. P. Dutton & Co., Inc., Grossett & Dunlap, Inc., Harper & Row., Publishers, Inc. & Henry Z. Walck, Inc. Random House, Inc. & Alfred A. Knopf, Inc. Golden Press, Inc. & William Morrow & Co. Bobbs-Merrill; Childrens' Press, and Franklin Watts, Inc. N.D. California Plaintiffs | For plaintiff: *Del, N.* |

Memorandum & Opinion filed on 10/17/68 -- 297 F. Supp. 385 (1968)

Memorandum & Opinion filed on 12/24/68 -- 297 F. Supp. 1352 (1969)

Opinion & Order filed 4/3/69 -- 299 F. Supp. 1139 (1969)

For defendant:

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 6/15/68 | (1)  Motion to transfer filed on behalf of Scribner | |
| 6/17/68 | (2)  Motion for proceedings under §1407 by Random House, Inc. and Alfred A. Knopf, Inc. | |
| 6/24/68 | (3)  Motion under §1407 by Golden Press, Inc. & William Morrow & Co. for transfer to N.D. Illinois or S.D. New York | |
| 6/25/68 | (4)  Motion under §1407 by Bobbs-Merrill; Childrens' Press, Franklin Watts, Inc. to transfer to N.D. Illinois. | |
| 6/25/68 | (5)  Opposition on behalf of plaintiffs in Ill. & West Va. | |
| 7/3/68 | (6)  Opposition on behalf of plaintiffs in N.D. California | |
| 7/3/68 | (7)  Opposition to Bobbs-Merrill motion filed on behalf of N.D. California plaintiffs | |
| 7/11/68 | (8)  Opposition to Bobbs-Merrill motion filed on behalf of American News; Baker & Taylor; Campbell & Hall; and H.R. Huntting Co. | |
| 7/11/68 | (9)  Memorandum on Opposition to Golden Press motion on behalf of American News, Baker & Taylor, Campbell & Hall, and H. R. Huntting & Co. | |
| 7/11/68 | (10) Memorandum in Opposition to Random House motion on behalf of American News, Campbell & Hall, Baker & Taylor, and H. R. Huntting | |
| 7/12/68 | (11) Opposition to Scribner's motion on behalf of American News, Campbell & Hall, Baker & Taylor, and H. R. Huntting | |
| 7/16/68 | (12) Brief on behalf of Random House, et al. | |
| 7/17/68 | Order for hearing signed by Judge Murrah dated 7/17/68. | |
| 7/19/68 | (13) Motion under §1407 by plaintiffs in N.D. California. | |
| 7/22/68 | (14) Ltr. in support of plaintiffs motion filed by counsel for Harper & Row, etc., dtd. 7/12/68 | |
| 7/22/68 | (15) Ltr. in support of above letter filed by counsel for Thomas Y. Crowell, dtd. 7/16/68 | |
| 7/25/68 | Notice of hearing sent to all parties by Clerk on 7/25/68. | |
| 8/5/68 | (16) Brief in support of motion by Bobbs-Merrill. (No. 4 above) | |
| 8/16/68 | Consent of transferee court, N.D. Illinois for assigned of litigation to Hon. Bernard M. Decker.  Signed by Chief Judge Robson on 8/15/68. | |
| 10/17/68 | OPINION & ORDER transferring 19 civil actions in Docket Nos. 2, 4, 5, 6, & 7 to the N.D. Illinois for assignment to Judge Bernard M. Decker for pretrial proceedings. | |

11/21/68 (17)   Filed motion for supplemental transfer order on behalf of Random House, Inc.

12/5/68        Order to Show Cause in tag-along cases.

12/12/68 (18)   Reply of plaintiff State of New York stating no opposition to
                motion for supplemental transfer order.

12/16/68 (19)   Consent of defendant Bobbs-Merrill Co., to show cause order and
                transfer to N.D. Illinois.

12/18/68 (20)   Filed for defendant Random House a second motion for supplemental
                transfer order and response to 12/5/68 show cause order.

12/24/68        Filed Opinion AND ORDER transferring State of New York, etc. v.
                Harper & Row Publishers, Inc., et al., S.D. N.Y., 68 Civ. 4205,
                to Judge Decker in N.D. Ill.

12/27/68        Filed ORDER remanding to Mass. City of Boston v. Harper & Row
                Publishers, Inc., et al., No. 67-491-C and Commonwealth of Mass.,
                et al. v. Harper & Row Publishers, Inc., et al., No. 67-764-C

12/30/68        Filed Show Cause Order in Schedule "C" tag-along actions.

1/3/69   (21)   Brief of Plaintiff County of Los Angeles and Respnse of Plaintiff
                County of Los Angeles in Support of their response to the second
                motion for Supplemental transfer of defendant Random House.
                Proof of Service.



1/8/69  Filed response  of plaintiff Independent School District #625  of Minnesota
          to show cause order

1/9/69  Filed response of New York Public Library, and others, to show cause order

1/10/69  Filed response of Bobbs-Merrill Co., Inc., to show cause order favoring
          transfer.

1/10/69  Filed response of State of New York to show cause order not opposing transfer.

1/10/69  Filed response of defendant The Viking Press, Inc., to show cause order
          offering no opposition to transfer.

1/10/69  Filed reply of State of Minnestoa to motion for supplement transfer order
          and show cause order.

1/10/69  Filed response to all plaintiffs in Civil Action No. 68-1858-S, Calif., C.
          to show cause order

1/10/69  Filed response of Random House, Inc. to show cause order favoring transfer.

1/31/69  Filed conditional transfer order in Case No. 50535, State of Utah v.
          Harper and Row, et al., Calif., N. to Judge Decker in Ill., N.

2/11/69  Sent CONDITIONAL TRANSFER ORDER in Case No. 50535 (entered 1/31/69) to
          transferee clerk, Ill., N. (effective today).

4/3/69   Filed OPINION AND ORDER (authored by J. Weigel) transferring 15 cases from
          four different districts (Schedules B and C) to the Northern District
          of Illinois and assigning them to Judge Decker for coordinated or con-
          solidated pretrial proceedings.  Also ordered upon completing service
          of process, plaintiff shall notify Clerk.  Ans also ordered that any
          defendant not notified by Panel of proposed transfer has 20 days which
          to file with Clerk any motion deemed appropriate by defendant.

4/8/69   Filed CORRECTION ORDER in Opinion and Order filed 4/3/69

4/21/69  Filed Motion to Transfer of C.A. No. 50399, Calif., N., Couthy of Marin,
          et al. v. Harper & Row Publishers, Inc., et al. by plaintiffs.

5/1/69   Filed xxx def. Random House, Inc. & Alfred A. Knopf, Inc., response
          to transfer motion by County of Marin, et al.

5/2/69   Filed CONTITIONAL TRANSFER ORDER in C.A. No. 60399 Calif. N.
          County of Marin, et al., v. Harper & Row Publishers, Inc. et al.

5/12/69  Filed CONDITIONAL TRANSFER ORDER IN  C.A. No. Civ-69-160 phx.
          State of Arizona, et al. v. Harper & Row Publishers, Inc., et al

5/13/69  XXXXX CONDITIONAL TRANSFER ORDER in C.A. No. 60399 (County of Marin)
          became effective today.  Notified transferee clerk.

5/19/69  Filed CONDITIONAL TRANSFER ORDER in C.A. No. 69-824-IH, Mixxxxx&x Calif.,
          C., County of Orange v. Harper & Row.

5/19/69  Filed CONDITIONAL TRANSFER ORDER in C.A. 3-69 Civ. 77, Minn., Archdiocese
          of St. Paul v. Harper & Row.

5/23/69   CONDITIONAL TRANSFER ORDER in No. Civ. 69-160 (State of Airzona) Arizona,
          effective today.   Notified trasferee clerk.

6/2/69    CONDITIONAL TRANSFER ORDER in C.A. 69-824-IH (County of Organe), Calif., C.
          effective today.   Notified transferee clerk.

6/2/69    CONDITIONAL TRANSFER ORDER IN C.A. 3-69-77 (Archdiocese of St. Paul), Minn.,
          effective today.   Notified transferee clerk.

6/23/69   CONDITIONAL TRANSFER ORDER IN Case No. 69 Civ. 2594, The State of New York,
          etc. v. Baker & Taylor Co., et al., New York, S.

7/8/69    CONDITIONAL TRANSFER ORDER IN C.A. 69 Civ. 2594 (State of New York)
          effective today.   Notified transferee clerk.

4/13/70   COMMONWEALTH OF KY., ETC. V. HARPER & ROW PUBLISHERS, INC., et al Ky., E.,
          Civil Action No.  353      CTO ENTERED TODAY.   SENT TO ALL COUNSEL AND
          INVOLVED JUDGES

4/24/70   COMMONWEALTH OF KY., ETC. V. HARPER ROW PUBLISHERS, INC., et al Ky., E.
          Civil Action No. 353.   CTO EFFECTIVE TODAY.   NOTIFIED TRANSFEREE CLERK
          AND INVOLVED JUDGES

2

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 2 - multidistrict private civil treble damage litigation involving
Children's books

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| 1. | State of Illinois, et al. v. Harper & Row Publishers, Inc., et al. | | Ill., N. | | 67 C 1899 |
| 2. | State of West Virginia, et al. v. Harper & Row Pub., Inc., et al. | 5/7/71 | | | 67 C 1906 |
| 3. | State, ex rel. Sonderholm, et al. v. Harper & Row Pub., Inc., et al. | 1/7/71 | Kansas | | T-4370 |
| 4. | City of St. Paul v. Harper & Row Pub. Inc., et al. | 5/7/69 | Minnesota | | 3-68-124 |
| 5. | State of Minnesota v. Harper & Row Pub., Inc., et al. 68C241 | | | | 3-68-156 |
| 6. | State of Wisconsin v. Harper & Row Pub., Inc., et al. 68C2014 | | Wisc., W. | | 67 C 157 |
| 7. | State of Washington v. Harper & Row Pub., Inc., et al. 68C2113 | | Calif., N. | | 47716 |
| 8. | State of Hawaii v. Harper & Row Pub., Inc., et al. | 3/29/71 | " | 68-C-2103 | 47717 |
| 9. | City of County of San Francisco, et al. v. Harper & Row Pub., Inc., et al. | | " | | 47726 |
| 10. | City of San Diego v. Harper & Row Pub., Inc., et al. | | " | | 47727 |
| 11. | State of Oregon v. Harper & Row Pub., Inc., et al. 68C2111 | | " | | 47838 |
| 12. | Mayor & City Council of Baltimore v. Harper & Row Pub., Inc., et al. 68-C-2110 | | | 3/29/71 | 48199 |
| 13. | City of Richmond, et al. v. Harper & Row Pub., Inc., et al. 68-C-2191 | | | 3/29/71 | 48894 |
| 14. | San Diego Unified School District v. Harper & Row Pub., Inc., et al. 68C2107 | | " | | 49290 |
| 15. | City of San Diego v. Harper & Row Pub. Inc., et al. 68C 2704 | | " | | 49211 |
| 16. | State of New Mexico, et al. v. Harper & Row Pub., Inc., et al. 68C2105 | | " | 3/29/71 | 49357 |
| 17. | Baltimore County, Md. v. Harper & Row Pub., Inc., et al. 68-C-2706 | | | 3/29/71 | 49386 |
| 18. | City of Boston v. Harper & Row Pub., Inc., et al. | 1/11/67 | Mass. | | 67-492-C |
| 19. | Commonwealth of Mass., et al. v. Harper & Row Publishers, Inc., et al. | 1/11/68 | | | 67-764-C |
| 20. | City of New York, et al. v. Harper & Row Pub., Inc., et al. | 1/6/70 | N.Y., S. | | 68-319 |
| 21. | School District of Phila., et al. v. Harper & Row Pub., Inc., et al. | | Pa., E. | | 40537 |

Actions dismissed - files returned to
transferor courts.

2

**DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKETNO. 2 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| B-1 | State of New Jersey v. Harper & Row Publishers, Inc., et al. 11/3/70 | 11/21/68 | Calif., N | 4/8/69 | 50361 |
| B-2 | City and County of Denver v. Harper & Row Publishers, Inc., et al. 69 C 864 | dismissed | | 3/29/71 | 50362 |
| B-3 | Board of School Trustees of the School City of Gary, Indiana v. Harper & Row Publishers, Inc., et al. 69 C 862 | dismissed | " | 7/29/71 | 50360 |
| B-4 | Anne Arundel County, Maryland v. Harper & Row Publishers, Inc., et al | | " | " 3/2/9 69 C 868 | 50372 |
| B-5 | State of Maryland v. Harper & Row Publishers, Inc., et al. 69 C | 11/ | " | " | 50369 |
| B-6 | County Commissioners for Cecil County, Maryland v. Harper & Row Publishers, Inc., et al. 69 C 866 | dismissed | " | " 3/29/71 | 50370 |
| B-7 | Board of Education of Montgomery County, Maryland v. Harper & Row Publishers, Inc., et al. | dismissed | | 3/29/71 69 C 869 | 50373 |
| B-8 | Montgomery County, Maryland v. Harper & Row Publishers, Inc., et al. 69 C 867 | dismissed | " | " 3/29/71 | 50371 |
| ~~B-10~~ | ~~State of New York v. Harper & Row Publishers, Inc., et al~~ | | ~~N.Y., S.~~ | | ~~68 Civ. 126~~ 4305 |
| B-9 | Fort Vancouver Regional Library, et al. v. Harper & Row Publishers, Inc., et al. dismiss | 11/25/8 | Cal. N. | " 3/24/ | 69 C 870 50385 |
| ~~B-11~~ | ~~State of New York v. American News Co., et al.~~ | | ~~N.Y., S.~~ | | |
| XYZ | RKO Stanley Warner v. Globe | | N.D. Ill. 69 C 844 | | |
| XYZ | United Artists Theatre v. Am. Ticket Corp. | | S.D. Ill 68 C. 1690 | | |
| XYZ | United Artists Theatre v. Am. Ticket Corp. | | S.D. N.Y. 70-476) Ill., N. 70 C 771 | | |
| XYZ | Pa. Turnpike Comm. v. Globe Ticket, N.D. Ill. 69 C 1786 dismissed | | | | |
| XYZ | Savar Corp. v. Globe Ticket Co., N.D. Ill. No. 69 C 1787 | | | | |
| | Port of N.Y. Authority v. Globe (S.N.Y. 68-25) Ill., N., | | | | |

2

## DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 2 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|------------|----------------|-------|----------|
| C-1 A<br>C×1 | State of New York v. Harper & Row Publishers, Inc., et al. ** | 12/24/68 | 4/8<br>N.Y., S. | | 68Civ. 4205 |
| C-2 | State of New York v. ... Co., et al. | | 4/8  " | | 68Civ. 4686 |
| C-3 | New York Public Library v. Harper & Row Publishers, Inc., et al. | 1/6/70 | 4/10/9  " | | 68Civ. 4679 |
| C-4 | Independent School District #625 of Minnesota, etc. v. Harper & Row Publishers, Inc., et al. | | 4/8/9<br>Minnesota | | 3=68 Civil 299 |
| C-5 | State of Minnesota v. Bro-Dart Books, Inc., et al. | 11/25/8 | 4/8/9  " | | 3-68 Civil 298 |
| C-6 | County of Los Angeles, et al. v. Harper & Row Publishers, Inc., et al. | | 4/8/9<br>Cal., C. | | 68-1858-S |
| C-1 | City of New York, et al. v. Book Fairs, Inc., et al. | 1/6/70 | 4/8<br>N.Y., S. | | 4678<br>68 Civ. |
| X | State of Texas v. ... | | | | 68 1835 |
| XX | The Metropolitan Government of Nashville and Davidson County v. Harper & Row Publishers, Inc., et al. | | N.T.N<br>  " | | 69 C 207 |

** Not included in Show Cause Order Schedule C.

Transferred on Dec. 24 to Judge Decker, Ill., N.

DOCKET  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|-----|---------|-----------|----------------|-------|----------|
| D-1 | State of Utah v. Harper & Row Publishers, Inc., et al. 7/16/71 | 2/11/69 | Calif., N. | 2/14/69 | 50535 |
| D-2 | County of Marin, et al. v. Harper & Row Publishers, Inc., et al. | 5/12/69 7/10/70 | Calif., N. | | 50399 |
| D-3 | State of Arizona, et al. v. Harper & Row Publishers, Inc., et al. 7/9/70 | 5/22 | Arizona | 5/28/9 Craig | Civ-69-160 Phx. |
| D-4 | County of Orange, et al. v. Harper & Row Publishers, Inc., et al. | 6/2 | Calif., C. | 4/5/9 Hill | 69-824-IH |
| D-5 | The Archdiocese of St. Paul, et al. v. Harper & Row Publishers, Inc., et al. 7/7/70 | 6/2 | Minnesota | 6/5/9 Devitt | 3-69 Civ.77 |
| D-6 | The State of New York v. Baker & Taylor Co., et al. 7/20/70 | 7/8/69 | N.Y., S. | 7/15/9 | 69Civ,2594 |
| D-7 | Commonwealth of Ky. etc. v. Harper & Row Publishers, Inc., et al 4/15/71 11/20/70 | | Ky., E. | 6/25/71 | 68 C 2144 |
| XYZ-1 | Union Free School District No. v. H&R | | 68C 2259 | | |
| XYZ | Karl J. Alter, et al. v. H&R, et al. | | 68C2303 | | |
| XYZ | City of Chicago, et al. v. H&R, et al. | | 68C 2302 | | |
| XYZ | State of Indiana, et al. v. H&R, et al. | | 68C 2257 | | |
| XYZ | State of Ohio v. H&R, et al. | | 68C 2258 | | |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | ██████████ | Defendant |
|-----|------------|-----------|
| | | HARPER & ROW |
| | | Ira M. Millstein, Esq., Donald J. Williamson, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York |
| | | Samuel Weisbard, Esq., David L. Porter, Esq., McDermott, Will & Emery, 111 West Monroe, Chicago 60603 |
| | | BOBBS-MERRILL |
| | | W. Donald McSweeney, Esq., William A. Montgomery, Esq., Schiff, Hardin, Waite, Dorschel & Britton, 231 South LaSalle St., Chicago 60604 |
| | | Faegre and Benson firm |
| | | CHILDREN'S PRESS |
| | | Kirkland, Ellis, Hodson, Chaffetz & Masters, 130 E. Randolph Drive, Chicago 60601 |
| | | Faegre and Benson firm |
| | DODD, MEAD & CO. | DODD, MEAD |
| | Harry Buchman, Esq., Stern & Reubens 551 Fifth Ave., New York 10017 | Samuel Weisbard, Esq., David L. Porter, Esq., McDermott, Will & Emery, 111 West Monroe, Chicago 60603 |
| | | Faegre and Benson firm |
| | | E. P. DUTTON |
| | | Ira M. Millstein, Esq., Donald J. Williamson, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York |
| | | GOLDEN PRESS |
| | | Samuel Weisbard, Esq., David L. Porter, Esq., McDermott, Will & Emery, 111 West Monroe, Chicago 60603 |
| | | Faegre and Benson firm |
| | | GROSSET & DUNLOP |
| | | Ira M. Millstein, Esq., Donald J. Williamson, Esq., Weil, Gotshal & Manges, 767 Fifth Avenue, New York |
| | | Samuel Weisbard, Esq., David L. Porter, Esq., McDermott, Will & Emery, 111 West Monroe, Chicago 60603 |

| No. | Defendant |
|---|---|
| **HOLT, RINEHART & WINSTON**<br>William E. Stockhausen, Esq.,<br>Satterlee, Warfield & Stephens<br>277 Park Ave., New York  10017 | **HOLT, RINEHART**<br>H. Templeton Brown, Esq., Lee N.<br>Abrams, Esq., Mayer, Friedlich, Spiess,<br>Tierney, Brown & Platt, 231 South<br>LaSalle St., Chicago  60604<br><br>**LITTLE, BROWN & CO. INC.**<br>Robert H. Davison, Esq., Haussermann,<br>Davison & Shattuck, 15 State St.,<br>Boston  02109<br><br>Samuel Weisbard, Esq., David L. Porter, Esq<br>McDermott, Will & Emery, 111 West<br>Monroe, Chicago  60603<br>Faegre and Benson firm<br>**MACMILLAN CO.**<br>Bella L. Linden, Esq., David Blasband, Esq.<br>Linden & Deutsch, 529 - 5th Avenue,<br>New York  10017<br><br>Valentine A. Weber, Jr., Esq., William N.<br>Walker, Esq., Spray, Price, Hough &<br>Cushman, 134 South LaSalle St.,<br>Chicago  60603 |
| **WILLIAM MORROW & CO., INC.**<br>Greenbaum, Wolff & Ernst, 437<br>Madison Ave., N.Y.  10017 | **WILLIAM MORROW & CO., INC.**<br>H. Templeton Brown, Esq., Lee N. Abrams, Es<br>Mayer, Friedlich, Spiess, Tierney, Brown<br>& Platt, 231 South LaSalle St., Chi.6060 |
| **G. P. PUTNAM**<br>Parker, Duryee, Zunino, Malone & Carter<br>1 E. 44th St., New York  10017<br><br>Faegre and Benson firm | **G. P. PUTNAM**<br>W. Donald McSweeney, Esq., William A.<br>Montgomery, Esq., Schiff, Hardin, Waite,<br>Dorschel & Britton, 231 South LaSalle<br>St., Chicago  60604<br><br>**RANDOM HOUSE**<br>Raymond, Mayer, Jenner & Block, 135 S.<br>LaSalle St., Chicago  60603<br><br>Edward W. Mullinix, Esq., Schnader,<br>Harrison, Segal & Lewis, 1719 Packard<br>Bldg., Philadelphia  19102<br>Faegre and Benson firm<br>**CHAS. SCRIBNERS**<br>Ira M. Millstein, Esq., Donald J.<br>Williamson, Esq., Weil, Gotshal & Manges,<br>767 Fifth Avenue, New York<br><br>Samuel Weisbard, Esq., David L. Porter,<br>Esq., McDermott, Will & Emery, 111<br>West Monroe, Chicago  60603 |
| **VIKING PRESS**<br>Harry I. Rand, Esq., Hays, Sklar &<br>Herzberg, 200 Park Avenue,<br>New York  10017<br>Faegre and Benson firm | **VIKING PRESS**<br>W. Donald McSweeney, Esq., William A.<br>Montgomery, Esq., Schiff, Hardin, Waite,<br>Dorschel & Britton, 231 South LaSalle<br>St., Chicago  60604 |

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 - CHILDRENS BOOK LITIGATION

### OTHER INTERESTED COUNSEL

| No. | | |
|---|---|---|
| | Edward B. Soken, Esq., General Counsel, School District of Philadelphia, Parkway at 21st St., Phila. 19103 | Harry A. Crane, Esq., Arthur L. Claussen, Esq., Crane, Martin, Claussen & Ashworth New England Bldg., Topeka, Kan. |
| | Edward G. Bauer, Jr., Esq., City Solicitor, Municipal Services Bldg, Philadelphia 19107 | Joseph Allen, Esq., City Solicitor, City of Baltimore, 222 East Baltimore St., Baltimore, Md.  21202 |
| | Robert S. Newman, Esq., Parr, Doherty, Polk & Sargent, 80 Broad St., New York  10004 | Joseph L. Alioto, Esq., Maxwell M. Blecher Esq., 111 Sutter St., San Francisco |
| | Herbert A. Steinke, Esq., Counsel, Consumers Service, Group - International Telephone & Telegraph Corp., 320 Park Ave., New York  10017 | Fred H. Bartlit, Jr., Esq., Kirkland, Ellis Hodson, Chaffetz & Masters, 2900 Prudential Plaza, Chicago  60601 |
| | Raoul Gersten, Esq., Grolier, Inc., 575 Lexington, New York  10022 | Theodore L. Priebe, Esq., Asst. A. G. George F. Sieker, Esq., Asst. A.G. Bronson C. LaFollette, Esq., Atty. Gen. State of Wisconsin, State Capitol, Madison, Wisconsin |
| | Harold A. Lipton, Esq., General Counsel Nat'l General Corp., One Carthay Plaza, Los Angeles  90048 | Cohen, Shapiro, Berger, Polisher & Coheh 22nd Floor, P.S.F.S. Bldg., Philadelphia |
| | Peter J. Ryan, Esq., Strasser, Spiegelberg, Fried & Frank,120 Broadway, New York  10005 | Dilworth, Paxson, Kalish, Kohn & Levy, 2600 Fidelity Philadelphia Trust, Philadelphia 19109 |
| | Austin J. Farrell, Esq., Senior Counsel & Secretary, Crowell, Collier & Macmillan, Inc., 866 Third Ave., New York  10022 | Edgar E. Barton, Esq., White & Case, 14 Wall St., New York  10005 Roger E. Montgomery, Esq., Spec. Asst. A.G. Antitrust Div., State of Minn., St. Paul, Minn.  55101 |
| | Albert E. Jenner, Esq., Philip W. Tone, Esq., 135 S. LaSalle St., Chicago | John R. Hally, Esq., Nutter, McClennon & Fish, 75 Federal St., Boston |
| | Lionel E. Bolin, Esq., Asst. Corp. Counsel, City of N.Y., 1724 Municipal Bldg., New York | Charles F. Lamkin, Jr., Esq., Kuraner, Oberlander, Lamkin & Dingman, 111 City Nat'l Bank Bldg., Kansas City  64106 |
| | Gerald L. Goodell, Esq., Goodell, Casey, Briman, Rice & Cogswell, Columbian Bldg., Tppekan, Kansas | Charles N. Henson, Esq., Lillard, Eidson, Lewis & Porter, 320 New England Bldg., Topeka, Kansas |
| | Jerry W. Hannah, Esq., Colmery, Davis, Bennett, Leonard & McClure, First Nat'l Bank Bldg., Topeka | |

No..

| Joseph P. Summers, Esq., Corporation Counsel, City of St. Paul; Kenneth J. Fitzpatrick, Esq., Asst. Corp. Counsel, City of St. Paul, City Hall, St. Paul, Minn. | Elliot L. Richardson, Esq., A.G. Robert L. Meade, Esq., Asst. A.G. Robert H. Goldman, Esq., Spec. Asst. A.G. State House Boston, Mass. |

Joseph P. Summers, Esq., Corporation
  Counsel, City of St. Paul; Kenneth
  J. Fitzpatrick, Esq., Asst. Corp.
  Counsel, City of St. Paul, City
  Hall, St. Paul, Minn.

John P. Anderson, Esq., Asst. A.G.,
  114 East State Capirol, Madison
  Wisc.  53702

Bert T. Kobayashi, Esq., A.G., Gilbert
  K. Hara; Esq., Depty., A.G., Honolulu

Robert Y. Thornton, Esq., A.G., State
  of Oregon, Salem, Oregon

Henry Kane, Esq., Asst. A.G., State
  of Oregon, Portland, Oregon

Conrad B. Mattox, Esq., City Atty.,
  City of Richmond; City Hall,
  Richmond, Va.

Boston E. Witt, Esq., A.G., State of
  New Mexico, Santa Fe., New Mexico

McAtee, Marchiondo & Michael, 315 Fifth
  St., N.W., Albuquerque, New Mexico

R. Bruce Alderman, Esq., County
  Solicitor, County Office Bldg.,
  Towson, Md.

William G. Clark, Esq., A.G., State
  of Illinois, Capitol, Springfield,
  Ill.

Lee A. Freeman, Esq., Freeman,
  Freeman & Salzman, Suite 3200,
  One IBM Plaza, Chicago

C. Donald Robertson, Esq., A.G., State
  of West Virginia, State Capitol,
  Charleston, W. Va.

Robert C. Londerholm, Esq., A.G.
Dean Burkhead, Esq., Asst. A. G.
  State House, Topeka, Kansas

James J. Sullivan, Jr., Esq., Corpora-
  tion Counsel, City of Boston
Leo Schwartz, Esq., Spec. Asst. Corpora-
  tion Counsel, City of Boson
    One State Street, Boston

---

Elliot L. Richardson, Esq., A.G.
Robert L. Meade, Esq., Asst. A.G.
Robert H. Goldman, Esq., Spec. Asst. A.G.
  State House
Boston, Mass.

John R. Thompson, Esq., Chief, Consumer
  Protection Division, Dept. of Law, City
  of New York, Municipal Bldg., New York 1000?

Perry Goldberg, Esq., 208 South LaSalle St.,
  Chicago  60604

Granvil I. Specks, Esq., Friedman, Koven,
  Salzman, Koenigsberg, Specks & Homer, 208
  South LaSalle St., Chicago  60604

Edward T. Butler, Esq.     (additional counsel
  City Attorney
  City Administration Bldg.
  San Diego, California 92101

Thomas M. O'Connor, Esq.
  206 City Hall
  San Francisco, California 94102

Leibman, Williams, Bennett, Baird &
  Minow
  208 S. LaSalle St.
  Chicago, Ill. 60604

Winston, Strawn, Smith & Patterson
  38 South Dearborn
  Chicago, Ill 60603

Hon. Lee Johnson
  322 State Office Bldg.
  State of Oregon, Dept. of Justice
  Salem, Oregon 97310
  Attn:  Diarmuid F. O'Scannlain, Esq.

Mr. K. Robert Conrad, Esq.
  Pepper, Hamilton & Sheetz
  20th Floor
  The Fidelity Bldg.
  Phila., Penn. 19109

Hon. Robert W. Warren
  Atty. Gen.
  State of Wis.
  State Capitol
  Madison, Wis.

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | | Defendant |
|---|---|---|
| | | HENRY Z. WALCK<br>Samuel Weisbard, Esq., David L. Porter, Esq., McDermott, Will & Emery, 111 West Monroe, Chicago  60603<br><br>Ira M. Millstein, Esq., Donald J. Williamson, Esq., Weil, Gotshal & Manges, 767 Fifth Aven., New York |
| | | FRANKLIN WATTS, INC.<br>Earl A. Jinkinson, Esq., John W. Stack, Esq., Winston, Strawn, Smith & Patterson, 38 South Dearborn St., Suite 1400, Chicago  60603<br>Faegre & Benson firm |
| DAVID McKAY CO., INC.<br>Leo Rosen, Esq., Greenbaum, Wolff & Ernst, 437 Madison Avenue, New York  10022 | | DAVID McKAY CO., INC.<br>H. Templeton Brown, Esq., Lee N. Abrams, Esq., Mayer, Friedlich, Spiess, Tierne Brown & Platt, 231 South LaSalle St., Chicago  60604 |
| | | RAND McNALLY<br>John C. Christie, Jr., Esq., Bell, Boyd, Lloyd, Haddad & Burns, 135 South LaSalle St., Chicago  60603 |
| HOUGHTON MIFFLIN CO.<br>Mayer, Friedlich, Spiess, Tierney, Brown & Platt, 231 S. LaSalle St., Chicago  60604 | | HOUGHTON MIFFLIN CO.<br>Conrad W. Oberdorfer, Esq., Choate, Hall & Stewart, 28 State Street, Boston, Mass.  02109 |
| | | HARCOURT, BRACE & WORLD, INC.<br>Bella L. Linden, Esq., David Blasband, Esq., Linden & Deutsch, 529 - 5th Ave., New York  10017<br><br>Valentine A. Weber, Jr., Esq., Wailliam N. Walker, Esq., Spray, Price, Hough & Cushman, 134 South LaSalle St., Chicago,  60603 |

| No. | | Defendant |
|---|---|---|
| | | **WORLD PUBLISHING**<br>Valentine A. Weber, Jr., Esq., William N. Walker, Esq., Spray, Price, Hough & Cushman, 134 South LaSalle Street, Chicago 60603 |
| | | Bella L. Linden, Esq., David Blasband, Esq. Linden & Deutsch, 529 - 5th Ave., New York 10017 |
| | | **FOLLETT LIBRARY BOOK CO.**<br>Robert W. Bergstrom, Esq., Bergstrom & Olson, 39 South LaSalle Street, Chicago 60603 |
| | | Stephen M. Slavin, Esq., Brown, Fox & Blumberg, 231 South LaSalle Street, Chicago 60603 |
| | | **E. M. HALE & CO.**<br>John C. Christie, Jr., Esq., Bell, Boyd, Lloyd, Haddad & Burns, 135 South LaSalle St., Chicago 60603 |
| | | Stevens L. Riley, Esq., Wahl and Riley, 204 East Grand Ave., Eau Claire, Wis. 5470 |
| | | **CAMPBELL & HALL, INC.**<br>Bruce A. Hecker, Esq., Leon P. Gold, Esq., Shea, Gallop, Climenko & Gould, 330 Madison Ave., New York 10017 |
| | | David P. List, Esq., Kenneth A. Manaster, Esq., Leibman, Williams, Bennett, Baird & Minow, One First National Plaza-Suite 3200, Chicago, Illinois 60670 |
| **H.R. HUNTTING CO.**<br>James M. Malloy, Esq., Malloy, Sullivan & Sullivan, 3 School St. Boston, Mass. 02109 | | **H. R. Huntting Co.**<br>Walker Smith, Esq., 2472 N. Orchard Suite 815, Chicago, Illinois 60603 |
| | | **CHARLES M. GARDNER CO.**<br>John J. McHugh, Esq., Chadwell, Keck, Kayser, Ruggles & McLaren, 135 South LaSalle St., Chicago 60603 |
| **AMERICAN NEWS CO.**<br>Obermayer, Rebmann, Maxwell & Hippe 1418 Packard Bldg., Phila. 19100 | | **AMERICAN NEWS CO.**<br>David P. List, Esq., Kenneth A. Manaster, Esq., Sheax×dai×op Liebman, Williams, Bennett, Baird & Minow, 208 South LaSalle St., Suite 2000, Chicago 60604 |
| | | **IMPERIAL BOOK CO.**<br>John J. McHugh, Esq., Chadwell, Keck, Kayser, Ruggles & McLaren, 135 South LaSalle St., Chicago 60603 |

ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| | | BRO-DART BOOKS, INC. <br> Lionel G. Gross, Esq., Altheimer, Gray, Naiburg, Strasburger & Lawton, One North LaSalle St., Chicago  60602 |
| | | A. C. McCLURG, CO. <br> John Paul Stevens, Melsin I. Mishkin & Joseph V. Karaganis, 105 S. LaSallte St., Chicago |
| | | BAKER & TAYLOR CO. <br> Earl E. Pollock, Esq., Alan H. Silberman Esq., Sonnenschein, Levinson, Carlin, Nath & Rosenthal, 69 West Washington, Chicago  60602 |
| | THOMAS Y. CROWELL CO. <br> Leo Rosen, Esq., Greenbaum, Wolff & Ernst, 437 Madison Avenue, New York 10022 | THOMAS Y. CROWELL CO. <br> H. Templeton Brown, Esq., Lee N. Abrams, Esq., Mayer, Friedlich, Spiess, Tierne Brown & Platt, 231 South LaSalle St., Chicago 60604 |
| | | COSMO BOOK DISTRIBUTING CO. <br> Bernard S. Canton, Esq., 310 Madison Ave., New York  10007 |
| | | David B. Schulman, Esq., Prince, Schoenberg & Fisher, 100 S. Wacker Drive, Chicago 60606 |
| | | JAMES & LAW CO. <br> Martin, Craig, Chester & Soonenschein, 135 South LaSalle, Chicago 60603 |
| | | HERTZBERG-NEW METHOD, INC. <br> Davis, Dietch & Ryan, 38 S. Dearborn, Chicago 60603 |
| | | ASSOCIATED LIBRARIES <br> John J. McHugh, Esq., Chadwell, Keck, Kayser, Ruggles & McLaren, 135 South LaSalle St., Chicago 60603 |

| No. | Defendant |
|-----|-----------|
| | **ALFRED A. KNOPF, INC.**<br>Edward W. Mullinix, Esq., Schnader, Harrison, Segal & Lewis, 1719 Packard Bldg., Philadelphia 19102 |
| | **MELTON BOOK**<br>John J. McHugh, Esq., Chadwell, Keck, Kayser, Ruggles & McLaren, 135 South LaSalle St., Chicago 60603 |
| | **McGRAW-HILL, INC.**<br>Edgar E. Barton, Esq., Kevin L. Carroll, Es<br>White & Case, 14 Wall St., N.Y.10005 |
| | **BAKER & TAYLOR**<br>Verne W. Vance, Esquir<br>Foley, Hoag, Eliot<br>10 Post Office Square<br>Boston, Massachusetts |
| **DeWOLFE AND FISKE**<br>David F. Cavers, Jr., Esquire<br>Palmer and Dodge<br>28 State Street<br>Boston, Massachusetts 02109 | **DeWOLFE & FISKE**<br>P. Morton DeWolfe, Esq.<br>236 Summer Street<br>Boston, Massachusetts |
| | **CHARLES W. CLARK CO.**<br>Malcolm A Hoffman, Esq.<br>12 East 41st Street<br>New York, New York |
| **BOOKAZINE CO., INC.**<br>Milton S. Lebe, Esquire<br>60 East 42nd Street<br>New York, New York 10017 | **INTERNATIONAL TEXTBOOK CO.**<br>John J. McHugh, Esq.<br>Chadwell, Keck, Kayser, Ruggles & McLaren<br>135 South LaSalle Street<br>Chicago, Illinois 60603 |
| | **BOOK SUPPLY COMPANY**<br>John Paul Stevens, Esq<br>Rothschild, Hart, Stevens & Barry<br>105 South LaSalle Street<br>Chicago, Illinois 60603 |
| **SILVER BURDETT**<br>John W. Barnum, Esq., Cravath, Swaine & Moore, 1 Chas Manhattan Plza, N.Y. 10005<br><br>Spray, Price, Hough & Cushman<br>134 S. LaSalle St., Chicago 60603 | **COWARD-McCANN, INC.**<br>Parker, Duryee, Zunino, Malone & Carter<br>1 E 44th St., New York 10017 |
| | **STERLING PUBLISHING CO. INC**<br>Bisman, Lee, Corn, Sheikel Bloch<br>271 Madison Ave., New York 10016 |
| | **STECHERT, HAFNER, INC**<br>Maun, Hazel, Green, Hayes, Simon & Aretz<br>332 Hamm Bldg., St. Paul, Minn. 55102<br>Parker, Duryee, Sunino, Malone & Carter<br>1 E. 44th Street, New York 10017 |

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | | Defendant |
|-----|--|-----------|
| | SATHER GATE BOOK SHOP<br>John J. McHugh, Esq.<br>Chadwell, Keck, Kayser & Ruggles<br>135 South LaSalle Street<br>Chicago, Illinois  60603<br><br>Richard E. Johnston, Esquire<br>McKee, Tasheira & Wahrhaftig<br>1330 Broadway<br>Oakland, California  94612 | SATHER GATE BOOK SHOP<br>Institutional Division<br>6355 Hollis<br>Emeryville, Calif.<br><br>CARL J. LEIBEL, INC.<br>1236 South Hatcher<br>Los Angeles, Calif.<br><br>WESTERN LIBRARY SERVICE, INC.<br>7262 Beverly<br>Los Angeles, Calif.<br><br>Max Bamberger, Esquire<br>Suite 810 Tishman Building<br>3460 Wilshire Boulevard<br>Los Angeles, California 90005<br><br>PROFESSIONAL LIBRARY SERVICES<br>McCutchen, Black, Verleger & Shea<br>Suite 1111, Wilshire-Flower Building<br>615 South Flower Street<br>Los Angeles, California  90017<br><br>J. B. Lippincott Co<br>Wilbur H. Haines, Jr., Esq<br>Pepper, Hamilton & Scheetz<br>2001 Fidelity Building<br>Philadelphia, Penn.  19109<br><br>Monarch Book Company<br>John D. French, Esq.<br>Faegre & Benson<br>1300 Northwestern Bank Building<br>Minneapolis, Minn.  55402<br><br>Book Fairs, Inc.<br>Seymour Launder, Esquire<br>Sarnoff and Launder<br>15 William Street<br>New York, New York  10005 |

**ATTORNEY LIST   --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

DOCKET NO.2 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | Plaintiff | Defendant |
|---|---|---|
| B-1 | a.  Arthur J. Sills, Attorney General, State of New Jersey, State House Annex , Trenton  08625 | |
| | b.  Guido Saveri, Esq. Law Offices of Joseph L. Alioto 111 Sutter Street San Francisco, California 94104 | |
| B-2 | a.  Max P. Zall, Esq., City Attorney, City & County Building, Denver | |
| | b.  Leo T. Zuckerman, Esq., Brenman, Cinacio, Rossman & Baum, 1321 Bannock Bldg., Denver | |
| | c.  Same as B-1(b) | |
| B-3 | a.  William J. Regan., Esq., Gary Nat'l Bldg., Gary, Ind.  46402 | |
| | b.  Same as B-1(b) | |
| B-4 | a.  Francis B. Burch, Esq., Attorney General, State of Md., One Charles Center, Baltimore 21201 | |
| | b.  Phillip F. Scheibe, County Solicitor John M. Court, Asst  "      " , Arundel Center, Bldg., Room 100, Annapolis,   21404 | |
| | c.  William L. Siskind, Esq., 10 Light St., Baltimore  21202 | |
| | d.  Same as B-1 (b) | |
| B-5 | a.  Same as B-4(a),B-4(c) and B-1(b) | |
| B-6 | a.  Same as B-4(a), (c) and B-1(b) | |
| | b.  William B. Calvert, Esq., County Atty, Cecil County, 131 East Main St., Elkton, Md. | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| B-7 | a. Same as B-4(a), (c) and B-1(b)<br><br>b. Robert S. Bourbon, Esq., 8121 Georgia Ave., Suite 704, Silver Spring, Md. 20910 | |
| B-8 | a. Same as B-4(a), (c) and B-1(b)<br><br>b. David L. Cahoon, Esq., County Atty, Montgomery County, County Office Bldg., Rockville, Md. 20850 | |
| B-9 | a. Joseph L. Alioto, Esq., 111 Sutter St., Suite 1421, San Fran. 94104<br><br>b. John J. O'Connell, Esq., Attoney General, Olympia, Washington<br><br>c. Cole, Chapin, O'Connell & Nelson, 225 - 108th Ave., N.E. Bellevue, Washington<br><br>d. Robert M. Desky, Esq., Deputy City Atty, Rm. 206, City Hall, San Francisco 94102<br><br>e. Michael Ivan Spiegel, Esq., Deputy Atty, Gen., State of Calif., 6000 State Bldg., San Francisco<br><br>f. Brian J. Newman-Crawford, Esq., Deputy City Attorney, City Administration Bldg., San Dieg, Calif. 92101<br><br>g. Maxwell M. Blecher, Suite 1421, 111 Sutter St., San Fran. 94104 | a. Graham B. Moody, Jr., Esq. & Morri Doyle, Esq., McCutchen, Doyle, Brown & Enersen, 601 California St., San Francisco 94108<br><br>b. Brian P. Burns, Esq., Cushing, Cullinan Hancock & Rothert, 100 Bush St., San Francisco 94104 |

*2*

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 2 -- MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
LIBRARY EDITIONS OF CHILDREN'S BOOKS

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| C-1<br>C-2 | a.  George C. Mantzoros, Esq.,<br>Deputy Attorney General, State of<br>New York, 80 Centre St.,<br>New York  10013 | a.  Murray J. Laulicht, Esq., Lowenstean,<br>Sandler, Brochin & Kohl, 425 Park<br>Ave., New York 10022<br><br>b.  A. Grant Sprecher, Esq., Obermayer,<br>Rebmann, Maxwell & Hipple, 1418<br>Packard Bldg., Philadelphia  19102<br><br>c.  William Bliss, Esq., Secretary & Gener<br>Counsel, American News Co., 131<br>Varick St., New York  10013 |
| C-3 | a.  J. Lee Rankin, Esq., Municipal<br>Bldg., New York  10007 | |
| C×#×x | b.  John R. Thompason, Esq., Chief,<br>Consumer Protection Div., Dept.<br>of Law, City of New York, Municipal<br>Bldg., New York  10007<br><br>c.  Webster, Sheffield, Fleischmann,<br>Nitchcock & Brookfield, One<br>Rockefeller Plaza, New York 10020 | |
| C-4 | a.  John A. Murray, Esq., Maun, Hazel,<br>Green, Hayes, Simon & Aretz, 332<br>Hamm Bldg., St. Paul, Minn.55102<br><br>b.  Richard J. Battis, Esq., Degree of<br>Honor Bldg., St. Paul, Minn. | World Publishing  & Random House<br>John D. French, Esq., Faegre & Benson,<br>X 1260 Northwestern Bank Bldg.,<br>Minneapolis  55402 |
| C-5 | a.  Robert A. Montgomery, Esq., Special<br>Asst. Attorney General, 160 State<br>Office Bldg., St Paul, Minn.55101 | a.  John French, Esq., Faegre and Benson,<br>X 1260 Northwestern Nat'l Bank Bldg.,<br>Minneapolis, Minn.  55402 |
| C-6 | a.  John D. Maharg, Esq., County<br>Counsel, Edward A. Nugent, Esq.,<br>Deputy County Counsel, 500 West<br>Temple St., Los Angeles  90012 | |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| C-1 | a.  Murry D. Brochin, Esq.<br>Lowenstein, Sandler, Brochin & Kohl<br>744 Board Street<br>Newark, New Jersey  07102 | |
| | Thomas W. Mack, Esq.<br>Assistant Attorney General<br>State Capitol<br>Austin, Texas  78711 | |
| | Donald Weckstein, Esquire<br>Assistant Attorney General<br>State House Annex<br>Columbus, Ohio  43215 | |
| | Eli H. Mellan, Esquire<br>274 Old Country Road<br>Mineola, New York  11501 | |
| | Raymond F. Simon, bsquire<br>City Hall<br>Chicago, Illinois | |
| | David J. Young, Esquire<br>50 West Gay Street<br>Columbus, Ohio  43215 | |
| C-1 | Telephone request to be added to<br>list for this case<br><br>Alvin Weiss, Esquire, Riker, Danzig,<br>Scherer & Brown, 744 Broad Street,<br>Newark, Nw Jersey  07102 | |

**2.**

### ATTORNEY LIST  --   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

DOCKET NO. 2 - MULTIDISTRICT PRIVATE CIVIL TREBLE DAMAGE LITIGATION INVOLVING
       LIBRARY EDITIONS OF CHLDREINS BOOKS

| No. | Plaintiff | Defendant |
|---|---|---|
| D-1 | a. Philip Hanson, Attorney General, State of Utah, Salt Lake City, Utah<br><br>b.  Daniel L. Berman, Esq., 1007 Kearns Bldg., Sta Salt Lake City, Utah<br><br>c.  Joseph L. Alioto, 111 Sutter St., San Francisco | |
| D-2 | Bruce Jacobs, Esq<br>Broad, Busterud & Khourie<br>425 California Street<br>San Francisco, Calif.  94104<br><br><br><br><br><br><br><br><br>SPECIAL:<br>   In Case No. T-4370 (A-3) following<br>   counsel substituted for Chas. N.<br>   Henson, (former Special Asst. A.G.)<br>      Lee Turner, Esquire, Special<br>      Assistant General<br>      Turner & Balloun, Chartered<br>      3900 Broadway<br>      Great Bend, Kansas  67530 | a/  Graham B. Moody, Jr., Esq.<br>   McCutcheon, Doyle, Brown & Enersen<br>   601 California St., San Francisco<br><br>b.  Cushing, Cullinan, Hancock & Rothert<br>   100 Bus St., San Francisco |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| D-3 | City of Phoenix<br>Robert J. Backstein, Esquire<br>City Attorney<br>930 Municipal Building<br>Phoenix, Arizona  85003<br><br>County of Maricopa<br>Moise Berger, Esquire<br>County Attorney<br>400 Superior Court Building<br>Phoenix, Arizona  85003<br><br>Gary Nelson, Esquire<br>Attorney General<br>1700 West Washington St.<br>Phoenix, Arizona | |
| D-4 | Adrian Kuyper, Esquire<br>County Counsel<br>515 North Sycamore Street<br>Post Office Box 1863<br>Santa Ana, California  92702 | |
| D-5 | Richard Aretz, Esq., John A. Murray,<br>  Esq., Louis Brenner, Esq.<br>Maun, Hazel, Green, Hayes, Simon &Aretz<br>322 Hamm Building, St. Paul  55102<br><br>Timothy P. Quinn, Esq., John F. Market,<br>  Esq., Special Counsel for Achdiocese<br>  145 University Avenue, St. Paul,Minn. | |
| D-6 | Hon. Louis J. Lefkowitz, Attorney Gen.<br>of State of New York<br>State Office Bldg., 80 Centre St.<br>New York, New York | |
| D-7 | John B. Breckinridge, Esq.<br>Capitol Bldg.<br>Frankfort, Ky. 40601<br><br>Total Counsel 143 ( 7 additional coun-<br>sel added 4/13/70) | |